STATE OF NEW JERSEY v. FREDERICK MANN.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK LEAKE.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. R.W.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN ILYA OSA.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY SCOTT.

July 11, 1985.

Petition for certification denied.